UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

ROSCO, INC.,

                 Plaintiff,

                 19-CV-8933 (JMF)

-v-

                 ORDER

SAFETY VISION, LLC, et al.,

                 Defendants.

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      After reviewing the parties' submissions, the Court concludes that, while it is a close call, limited venue discovery is appropriate in light of "[t]he [low] standard for awarding jurisdictional discovery." *Universal Trading & Inv. Co. v. Credit Suisse (Guernsey) Ltd.*, 560 F. App'x 52, 55 (2d Cir. 2014) (summary order). That said, the Court concludes that much of the discovery sought by Rosco, Inc. ("Rosco") is disproportionate or irrelevant to the venue inquiry. Accordingly, the Court will allow *only* the following: (1) depositions of Brandon Blood and of a corporate representative pursuant to Rule 30(b)(6) — limited to two hours each and to the topic of venue; and (2) Interrogatories 1, 2, 3, 8, 10, and 15 listed in Rosco's First Set of Interrogatories Related to Venue Discovery, ECF No. 37-6.

      Safety Vision, LLC shall complete responses to the above-listed Interrogatories no later than **August 11, 2020**. The above-listed depositions shall be completed no later than **August 18, 2020** (and given the current global health crisis, the parties should consider remote options for depositions). Following this limited venue discovery, the parties shall file supplemental briefs on Safety Vision, LLC's motion to dismiss or transfer for improper venue no later than **August 25, 2020**. The Clerk of Court is directed to terminate ECF No. 38.

      SO ORDERED.

Dated: July 28, 2020                   _____
      New York, New York              JESSE M. FURMAN
                                                 United States District Judge